# Law Firm of DK & Associates, P.C.
**Attorneys at Law**
141-25 Northern Blvd., Suite A 30
Flushing, NY 11354
Tel: (718) 460-9494
Fax: (888) 456-7938
dkkimlaw@gmail.com

**SETTLEMENT CONFERENCE**

August 2, 2018

**BY ECF and E-MAIL: NetburnNYSDChambers@nysd.uscourts.gov**

Hnorable Sarah Netburn, U.S. M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

   Re: **Wan et al v. K.C. Beauty Corp Bloom Spa et al**
     **SDNY Case No.: 1:17-CV-07207- GBD**

Dear Judge Netburn,

  We are counsel to the defendants in the above-reference matter brought under the Fair Labor Standards Act and New York Labor Law.

  The parties have actively engaged in settlement negotiations and the court assigns to Judge Netburn first conference on August 7, 2018.

  Defendants will continue to participate in settlement negotiation s in good faith under Judge Netburn.

  Thank you for your consideration of this matter.

           Respectfully,

           */s/ Do Kyung Kim*

           Do Kyung Kim