USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
Qiu Ming Wan, individually and on behalf of all
other employees similarly situated,

        Plaintiff,

-against-

K.C. Beauty Corp Bloom Spa, d/b/a Bloom Hair
and Nails Spa, Kei Chan Kim, and Mimi Kin,

        Defendants,
------------------------------x

Case No. 17-cv-07207

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for plaintiffs and defendants that plaintiffs, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an award of costs and disbursements. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: October 11, 2018

_____
Xiaoxi Liu, Esq.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
xliu@hanglaw.com
*Attorneys for Plaintiffs*

_____
Do Kyung Kim
Do Kyung Kim & Associates
141-25 Northern Blvd., Suite A30
Flushing, NY 11354
(718) 460-9494
Fax: (888) 456-7938
Email: dkkimlaw@gmail.com

Entered:

SO ORDERED

_____
SARAH NETBURN
United States Magistrate Judge

Dated: 10/26/2018
       New York, New York